UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 07-cr-00106 (ESH-1) |
| ) | |
| MARK DENNIS ZACHARES, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel for the Defendant Mark Dennis Zachares in the above captioned case. Counsel represents that he has acted as lead counsel in a federal district court or a state court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgement was entered. The undersigned counsel is also familiar with the Federal Sentencing Guidelines.

/s/
_____
Edward B. MacMahon, Jr.
D.C. Bar No. 411165
P.O. Box 903
107 East Washington Street
Middleburg, VA 20118
(540) 687-3902
(540) 687-6366 (facsimile)
ebmjr@verizon.net

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 26th day of April, 2007, a true and correct copy of the foregoing to be served electronically, via the Court's electronic filing system, on:

        Matthew L. Stennes
        Richard C. Pilger
        U.S. Department of Justice
        10th & Constitution Avenue, NW
        Washington, SC   20530
        (202) 307-2788

                                            /s/
                              _____
                              Edward B. MacMahon, Jr.