FILED
APR 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
: CASE NO.: 07-106 (ESH)
v. :
:
MARK DENNIS ZACHARES, :
:
Defendant. :

## WAIVER OF INDICTMENT

I, Mark Dennis Zachares, the above named defendant, who is accused of Conspiracy to Commit Honest Services Wire Fraud in violation of Title 18, United States Code, Section 371, having been advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on April 24, 2007, prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Mark Dennis Zachares
*Defendant*

_____
Edward B. MacMahon, Jr.
107 East Washington Street
P.O. Box 903
Middleburg, VA 20117
(540) 687-3902
*Counsel for Defendant*

Before _____
Hon. Ellen Segal Huvelle
U.S. District Judge