**FILED**

**APR 2 4 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CASE NO. : 07-106 |
| v. | : |
| | : |
| MARK DENNIS ZACHARES, | : |
| | : |
| Defendant. | : |

## WAIVER OF TRIAL BY JURY

With consent of the Attorney for the United States and the approval of the Court, the defendant waives his right to trial by jury.

_____
Mark Dennis Zachares
*Defendant*

_____
Edward B. MacMahon, Jr.
107 East Washington Street
P.O. Box 903
Middleburg, VA 20117
(540) 687-3902
*Counsel for Defendant*

I consent: _____
Attorney for the United States

Approved: _____
Hon. Ellen Segal Huvelle
U.S. District Judge