U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

FILED
APR 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

Mark Dennis ZACHARES, Defendant. :   Case No. 07 106

:

:

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __24th__ day of __April, 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __by May 8, 2007__ by __Special Agents of the Federal Bureau of Investigation__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __the Federal Bureau of Investigation__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __the Federal Bureau of Investigation__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate)

DOJ USA-16-1-80