**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

United States of America
v.
Defendant's name: **Mark D. Zachares**
Case No. **07-106**

**YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:**

**PERSONAL PROMISE**
[✓] **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.

[ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.

**OF**
[ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____%.

[ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

**FILED APR 24 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**

[ ] 1) **SUPERVISORY CUSTODY** — You hereby agree to be placed in the custody of _____ who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000.

[✓] 2) **YOU ARE TO REPORT** — [✓] weekly  [✓] by phone  TO  [✓] THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000

[✓] 3) **YOU ARE TO LIVE** — [✓] at **the above address**

[ ] 4a) **YOU ARE TO WORK**
[ ] 4b) **YOU ARE TO STUDY**

[✓] 5) **YOU ARE TO STAY** — [✓] Within the D.C. area.

[ ] 6) **NARCOTICS**

[✓] 7) **OTHER CONDITION** — Surrender Passport to FBI Agent. Dft travel within the U.S. w/ prior notice to Pretrial + Gov't.

[ ] 8) **REARREST**

**NEXT DUE BACK** in Courtroom **14** at **10:30 AM** on **6/3/07**

YOUR ATTORNEY: **Edward B. MacMahon, Jr.**
107 East Washington St, Middleburg, Va. 20117
(540) 687-3902

DEFENDANT'S SIGNATURE: /s/ M.D.Z.
WITNESSED BY: Gwendolyn Franklin (Courtroom Deputy)

Date: **4/24/07**
SO ORDERED: **Ellen S. Huvelle**, Signature of Judge

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT