UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. : 1:07-cr-00106-ESH |
| v. : | |
| : | **FILED** |
| MARK DENNIS ZACHARES, : | |
| : | OCT 3 0 2007 |
| Defendant. : | |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

By joint Motion dated October 26, 2007, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for November 2 at 9:30 a.m. is vacated;

2. A new status hearing is scheduled for _February 7_, 2008 at _9:30_ a.m./~~p.m.~~; and

3. The Court defers setting a sentencing date for Mr. Zachares until such later date.

It is so ORDERED this _26_ day of October, 2007.

_____
Judge Ellen Segal Huvelle
United States District Judge