**FILED**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

FEB 0 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA                         :
                                                 :
                                                 :    CASE NO. : 1:07-cr-00106-ESH
          v.                                     :
                                                 :
MARK DENNIS ZACHARES,                            :
                                                 :
          Defendant.                             :

## ORDER

By joint Motion dated January 31, 2008, the parties moved for an order deferring

sentencing and continuing the status conference.  Having read and considered the parties'

submission, the Court GRANTS the motion and rules as follows:

1.    The status hearing set for February 7, 2008 at 9:30 a.m. is vacated;

2.    A new status hearing is scheduled for ____May 2____, 2008 at
      ___9: 15___ (a.m.)p.m.; and

3.    The Court defers setting a sentencing date for Mr. Zachares until such later date.


It is so ORDERED this __1__ day of __February__, 2008


_____
Judge Ellen Segal Huvelle
United States District Judge