UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CASE NO.: 1:07-cr-00106-ESH |
| v. : | |
| : | |
| MARK DENNIS ZACHARES, : | |
| : | |
| Defendant. : | |

**Joint Motion to Continue Status Conference**

On April 24, 2007, the Court accepted Mark Zachares' plea of guilty and deferred setting a date for his sentencing. By Order dated February 1, 2008, the Court scheduled a status conference for May 2, 2008, at 9:15 a.m. As part of his plea agreement, Mr. Zachares has agreed to cooperate with the government in any and all matters when required. In conformity with this agreement, Mr. Zachares has been cooperating with government agents and prosecutors, including in several ongoing investigations. The government anticipates that Mr. Zachares' cooperation will continue for the foreseeable future. In the view of both parties, no issues have arisen which require the Court's intervention at this time.

Accordingly, the parties jointly move the Court to again defer setting a date for the sentencing of Mr. Zachares. The parties also ask that the Court continue the status conference to a date not less than 90 days in the future in order to allow Mr. Zachares' cooperation to continue uninterrupted. A proposed order is attached.

Dated this 23rd day of April, 2008.

FOR THE UNITED STATES

WILLIAM M. WELCH II
Chief, Public Integrity Section

<u>/s/ Matthew L. Stennes</u>
Richard C. Pilger
Matthew L. Stennes
Trial Attorneys
Criminal Division
U.S. Department of Justice
1400 New York Ave. NW
Suite 12100
Washington, DC 20005
(202) 514-1412

FOR THE DEFENDANT

<u>/s/ Edward B. MacMahon, Jr.</u>
Edward B. MacMahon, Jr.
1307 New Hampshire Ave., NW
2nd Floor
Washington, DC 20036
(540) 687-3902

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. : 1:07-cr-00106-ESH** |
| **v.** : | |
| **MARK DENNIS ZACHARES,** : | |
| **Defendant.** : | |

# ORDER

By joint Motion dated April 23rd, 2008, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1. The status hearing set for May 2, 2008 at 9:15 a.m. is vacated;

2. A new status hearing is scheduled for _____, 2008 at _____ a.m./p.m.; and

3. The Court defers setting a sentencing date for Mr. Zachares until such later date.

It is so ORDERED this _____ day of _____, 2008

_____
Judge Ellen Segal Huvelle
United States District Judge