UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                                  :   CASE NO. : 1:07-cr-00106-ESH
       v.                         :
                                  :
MARK DENNIS ZACHARES,             :        **FILED**
                                  :
       Defendant.                 :        APR 2 4 2008

                                           NANCY MAYER WHITTINGTON, CLERK
                **ORDER**                        U.S. DISTRICT COURT

    By joint Motion dated April 23rd, 2008, the parties moved for an order deferring sentencing and continuing the status conference. Having read and considered the parties' submission, the Court GRANTS the motion and rules as follows:

1.   The status hearing set for May 2, 2008 at 9:15 a.m. is vacated;

2.   A new status hearing is scheduled for _September 18_, 2008 at _9:30_ a.m./~~p.m.~~; and

3.   The Court defers setting a sentencing date for Mr. Zachares until such later date.


It is so ORDERED this _24_ day of _April_, 2008

                                    _____
                                    Judge Ellen Segal Huvelle
                                    United States District Judge